# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN HART,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **KATHRYN GORDON,** | : | |
| *Defendant.* | : | **NO. 14-cv-03097** |

## ORDER

**AND NOW**, this **9th** day of **December 2024**, upon consideration of Defendant's Motion for Summary Judgment and all accompanying exhibits (ECF No. 38), Plaintiff's Response to Defendant's Motion for Summary Judgment and all accompanying exhibits (ECF No. 40), Defendant's Reply in Support of her Motion for Summary Judgment (ECF No. 41), Plaintiff's Motion for Summary Judgment and all accompanying exhibits (ECF No. 37), and Defendant's Response to Plaintiff's Motion (ECF No. 39), it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (ECF No. 38) is **GRANTED in full.** Judgment is granted in favor of Defendant on all of Plaintiff's claims in his Amended Complaint (ECF No. 28).

2. Plaintiff's Motion for Summary Judgment (ECF No. 37) is **DENIED as moot.**

3. The Clerk of Court is hereby **DIRECTED** to close this case.

                                                                     **BY THE COURT:**

                                                                     */s/ Chad F. Kenney*

                                                                    **CHAD F. KENNEY, JUDGE**